6/9/2025 5:06 PM

IN THE CIRCUIT COURT OF THE STATE OF OREGON
FOR THE COUNTY OF Multnomah
**Small Claims Department**

Tobin Copeland-Turner

Plaintiff

*(Inmate SID #, if applicable, ________)*

v.

U.S. Department of Justice Drug Enforcement Administration

Defendant

☒ Defendant is a public body

**Case No:** 25SC15166

**SMALL CLAIM AND NOTICE OF SMALL CLAIM**

Filing fee at ORS 46.570

☐ Subject to UTCR 5.180(3)
☐ Subject to ORS 646A.670(1) and UTCR 5.180(2)

| **PLAINTIFF** (☐ Additional on attached page) | | **DEFENDANT** (☐ Additional on attached page) | |
|---|---|---|---|
| Tobin Copeland-Turner | | U.S. Department of Justice Drug Enforcement Administration | |
| Name | | Name (enter Registered Agent, if necessary, on next page) | |
| 7234 SW 21st Ave | | 8701 Morrissette Drive | |
| Street | | Street (do not use a P.O. Box) | |
| 7234 SW 21st ave | | | |
| Mailing Address (if different than street address) | | Mailing Address (if different than street address) | |
| Portland , OR 97219 | | Springfield, MA 22152 | |
| City / State / Zip | | City / State / Zip | |
| 503-449-0656 | Multnomah | 571-550-8594 | Other |
| Phone | County | Phone | County |

➢ *I need an interpreter:* ☐ *Spanish* ☐ *ASL* ☐ *other:* ________

I, Plaintiff, claim that on or about *(date)* 12/12/2023, the above-named defendants owed me the sum of (or property valued at) $6258.00 because:

Agents from the DEA forcefully entered into my rental property located at 425 NE Webster on December 12 2023. The forced entry and subsequent search of the apartment by DEA agents caused damages to my property and made it un-rentable for 30 days while repairs were being done. As instructed by the DEA agents involved, I field a claim for damages including the damages for lost rent for 30 days with the DEA. After many many emails over a 6 month period they offered to cover the cost of the damages ($3,958) and excluded the lost rent ($2,300). I inquired several times why they excluded the lost rental income and the attorney assigned to the claim refused to reply and then denied my entire claim. I looked up the statue 31 U.S.C. § 3724, under which the the DEA is given up to $50,000 for damage claims and it doesn't exclude lost rent as apart of the claim process. Typically insurance claims cover both the damages and the rent or mortgage payments during the time of repair.

I am asking the court to award me the cost of the repairs in the amount of $3,958 and the lost rental income of $2,300 for a total of $6,258.00.

and this amount is still due.

I have paid (or will pay):

filing fees of $102.00

and service costs of $50.00

| | |
|---|---|
| Claim | $6258.00 |
| + Fees | $102.00 |
| +Costs | $50.00 |
| TOTAL | $6410.00 |

# DECLARATION OF GOOD FAITH EFFORT

I, Plaintiff, have made a good faith effort to collect this claim from the defendants before filing this claim with the court clerk. *(Describe your efforts)*:
*I filed a damage claim with the DEA and they denied my claim. I have sent many many emails over the past 6 months in an effort to collect and resolve this claim.*

---

If this case is subject to ORS 646A.670(1) *(see the box at the top of page 1)*
See the Oregon Judicial Department website for information about debt collection cases:
www.courts.oregon.gov/debtcollection

☐ I have complied with ORS 646A.670(1) and UTCR 5.180. A completed *Consumer Debt Collection Disclosure Statement* is attached and incorporated into this pleading as required by UTCR 5.180(2)(iii).

**I hereby declare that the above statements are true to the best of my knowledge and belief. I understand they are made for use in court and I am subject to penalty for perjury.**

| | |
|---|---|
| *6/9/2025* | */s/ Tobin Copeland-Turner* |
| Date | Plaintiff Signature |
| *Tobinct@gmail.com* | *Tobin Copeland-Turner* |
| Email | Plaintiff Name (print) |

| ADDITIONAL DEFENDANT | DEFENDANT'S REGISTERED AGENT |
|---|---|
| Name: | Name: *Kaymi Ross* |
| Street (do not use a P.O. Box): | Street (do not use a P.O. Box): *8701 Morrissette* |
| Mailing Address (if different than street address): | Mailing Address (if different than street address): |
| City / State / Zip: | City / State / Zip: *Springfield , VA 22152* |
| Phone: County: | Phone: *571-550-8594* County: *Multnomah* |

**ADDITIONAL PLAINTIFF**

Name

Street (do not use a P.O. Box)

Mailing Address (if different than street address)

City / State / Zip

Phone County

# NOTICE TO DEFENDANT:

## READ THESE PAPERS CAREFULLY!

Within **14 DAYS*** after receiving this notice you ***MUST*** do ***ONE*** of the following things in writing:

- Pay the claim plus filing fees and service expenses paid by plaintiff (send payment directly to the plaintiff, not to the court) **OR**
- Demand a hearing and pay the fee required (below) **OR**
- Demand a jury trial and pay the fee required (below). This option is available **only** if amount claimed is more than $750.

If you fail to do one of the above within 14 DAYS* after you get this notice, the plaintiff may ask the court to enter a judgment against you. The judgment will be for the amount of the claim, plus filing fees and service costs paid by the plaintiff, plus a prevailing party fee. If you are not able to respond in time because you are in active military service of the United States, talk to a legal advisor about the Servicemembers Civil Relief Act.

**COURT NAME / ADDRESS / PHONE #**
Multnomah County Courthouse
1200 SW First Avenue
Portland, Oregon 97204
(971) 274-0545
http://courts.oregon.gov/Multnomah

**Defendant's Filing Fees** *(must be filled in by the PLAINTIFF)***:**

| | |
|---|---|
| (1) To demand a hearing if the amount claimed is $2,500 or less | $ *57.00* |
| (2) To demand a hearing if the amount claimed is more than $2,500 | $ *102.00* |
| (3) To demand a jury trial (only if amount claimed is over $750) | $ *170.00* |

You can fill out and file your *Response* online at *www.courts.oregon.gov/iforms*. If you have questions about filing procedures, go to *www.courts.oregon.gov*. Or you may contact the court clerk. The clerk *cannot* give you legal advice about the claim.

***NOTE:** If the plaintiff is an adult in custody (ORS 30.642) AND the defendant is a government agency or other public body (ORS 30.260), the defendant must respond within **30 days** after receiving this Notice.